The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARAMJIT KALIRAI,<br>ONKAR SHERGILL,<br>SARABJIT CHHOKAR, and<br>MOHINDER CHAWLA,<br><br>Defendants. | No. CR11-365-RSL<br><br>[PROPOSED]<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendants PARAMJIT KALIRAI, ONKAR SHERGILL, SARABJIT CHHOKAR, and MOHINDER CHAWLA, Defendants.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendants are dismissed, without prejudice.

//
//
//
//

*Order of Dismissal* -- 1
*U.S. v. Kalirai*, et al./CR11-365-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrants shall be quashed.

DATED this 18th day of April, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:
*/s/ Lisca Borichewski*
LISCA BORICHEWSKI
Assistant United States Attorney

*Order of Dismissal* -- 2
*U.S. v. Kalirai*, et al./CR11-365-RSL